**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RAINBOW BROADCASTING LIMITED PARTNERSHIP,**

        **Plaintiff,**

**-vs-**                                **Case No. 6:05-cv-1498-Orl-22KRS**

**FOX TELEVISION HOLDINGS, INC.,**
f/k/a Fox Television Stations, Inc., et al.,

        **Defendant.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **DEFENDANTS' UNOPPOSED MOTION TO SEAL AN EXHIBIT (Doc. No. 17)**
>
> **FILED:**    **November 4, 2005**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The Clerk of Court is directed to delete exhibit 13 to the amended complaint from the Court's file. If the parties wish the Court to review this document for a particular purpose, they may file a motion to seal at that time showing the need for presentation of the document to the Court and good cause for filing the document under seal.

**DONE** and **ORDERED** in Orlando, Florida on November 15, 2005.

                                          *Karla R. Spaulding*
                                          KARLA R. SPAULDING
                                          UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties